ACCEPTED
04-15-00551CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
9/29/2015 4:08:45 PM
KEITH HOTTLE
CLERK

## NO. 04-15-00551CV

| | | |
|---|---|---|
| IN THE MATTER OF MARRIAGE OF | § | |
| | § | |
| REBECCA L. VILLARREAL | § | |
| AND | | |
| RICHARD MATTHEW VILLARREAL | | |
| | | |
| IN THE INTEREST OF | | |
| E.V.,K.V.,E.V., AND E.V. | | |
| | § | |
| CHILDREN | § | BEXAR, COUNTY, TEXAS |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
09/29/2015 4:08:45 PM
KEITH E. HOTTLE
Clerk

### MOTION FOR WITHDRAWAL OF COUNSEL

This Motion for Withdrawal of Counsel is brought by Laura Winget-Hernandez, who is attorney of record for Rebecca L.Villarreal. Laura Winget-Hernandez requests the Court to grant her permission to withdraw as attorney for Rebecca L.Villarreal in this case. In support, Laura Winget-Hernandez shows:

Good cause exists for withdrawal of Laura Winget-Hernandez as counsel, in that she is unable to effectively communicate with Rebecca L.Villarreal in a manner consistent with good attorney-client relations.

A copy of this motion has been delivered to Rebecca L.Villarreal, who is hereby notified in writing of her right to object to this motion. Rebecca L.Villarreal never actually engaged the services of Attorney Winget-Hernandez and her appearance before Judge Saldana was exclusively as friend of the Court as Ms. Villarreal was far from home and without any resources to assist her in addressing the urgent matter before the Court. The last known address of Rebecca L.Villarreal is 1977 Melanie Lane, Fairbanks, AK 99709.

There are no pending settings or deadlines, including discovery deadlines, in this case.

Motion for Withdrawal of Counsel- Rebecca L.Villarreal     1

There is a standing Temporary Order in the record of this Court.

No discovery requests have been served by either party in this case.

There have not been any oral depositions in this case.

## Notice to Client

You are hereby notified that this Motion for Withdrawal of Counsel is set for hearing at the time and place stated below. Your consent to the withdrawal of Laura Winget-Hernandez as your attorney, is to be indicated by your signature below on this motion. Laura Winget-Hernandez prays that the Court enter an order discharging her as attorney of record for Rebecca L.Villarreal.

Respectfully submitted,

LAURA WINGET-HERNANDEZ
3501 W. Commerce St.
San Antonio, Texas 78207
Tel: (210) 432-3691
Fax: (210) 432-5308

By: _____
Laura Winget-Hernandez
State Bar No. 24033350
Attorney for Rebecca L.Villarreal

AGREED TO AND APPROVED:

_____
Rebecca L.Villarreal